IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: THOMAS S. STREET         CHAPTER 13
                   CASE NO. 20-50213-KMS

TRANSMITTAL OF FUNDS TO COURT REGISTRY

Comes now the undersigned trustee and states as follows:

Following case closure, funds were returned to the Trustee.

Pursuant to F.R.B.P. 3011 the name, address and amount due each creditor which may be entitled to be paid from the funds is as follows:

| NAME OF CREDITOR | ADDRESS OF CREDITOR | AMOUNT |
|---|---|---|
| THOMAS S. STREET | 4700 THOMPSON STREET<br>MOSS POINT MS 39563 | $1,748.31 |

I hereby certify that a true copy of the above transmittal has been mailed to the debtor(s), the attorney for the debtor(s), and to each of the creditor(s) listed above.

Date: January 26, 2021

Signed:  /s/ *Warren A. Cuntz, Jr.* ,
     Chapter 13 Standing Trustee
     Warren A. Cuntz, Jr.